US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

OCT 28 2015

DOUGLAS F. YOUNG, Clerk
By
       Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA   )
                           )
                           )
v.                         )   No. 5:15CR50074-001
                           )   18 U.S.C. § 844(e)
ALLEN POWELL WARD          )

## INDICTMENT

The Grand Jury Charges:

### COUNT ONE

On or about October 21, 2012, in the Western District of Arkansas, Fayetteville Division, the defendant, **Allen Powell Ward,** by means and use of an instrument of commerce, that is, a telephone, maliciously conveyed false information, knowing the same to be false, concerning an alleged attempt to be made to unlawfully damage or destroy a church, specifically Fellowship Bible Church, by means of explosion, in violation of 18 U.S.C. § 844(e).

A True Bill.

*/s/ Grand Jury Foreperson*
Grand Jury Foreperson

By:

KENNETH ELSER
ACTING UNITED STATES ATTORNEY

Brice R. White
Assistant U. S. Attorney
Arkansas Bar No. 2010101
414 Parker Avenue
Fort Smith, AR 72901
479-783-5125
E-mail Brice.White@usdoj.gov

1